UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                                          :         CASE NO.  10-24888-REB
                                                :
BRUCE A. BOCHICCHIO,                            :
                                                :
                                                :
                                                :         CHAPTER 7
              DEBTOR                            :

**MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(a)**

COMES NOW Donald F. Walton, United States Trustee for Region 21, pursuant to 28 U.S.C. § 586(a)(3) and respectfully moves this Court to dismiss this case pursuant to 11 U.S.C. § 707(a).  In support of this motion, the United States Trustee shows the Court as follows:

1.  On or about October 29, 2010, debtor commenced the above-referenced case by filing a chapter 7 petition, Case No. 10-24888-reb.

2.  Pursuant to 11 U.S.C. § 521(a), the debtor is required to file a schedule of assets and liabilities and statement of financial affairs.

3.  On October 29, 2010, the Clerk of Court informed the debtor that the chapter 7 filing is deficient due to the fact that the Schedules, Summary of Schedules and Statement of Financial Affairs have not been filed.

4.  The electronic docket maintained by the Clerk of Court reflects that the debtor has not filed any of the documents listed in paragraph 3, *supra*.  Accordingly, the debtor has

failed to comply with section 521(a).

5. Additionally, the debtor has failed to comply with his obligation under 11 U.S.C. § 521(a)(1)(B)(v) and Bankruptcy Rule 1007(b)(1)(B) to file a Form B22A, "Statement of Current Monthly Income and Means-Test Calculation."

6. Accordingly, the debtor has failed to comply with section 521(a).

7. The debtor's failure to comply with section 521 constitutes cause for dismissal of the case. *See In re Nordstrom* 381 B.R. 766 (Bankr. C.D. Cal. 2008) ("In exchange for receiving the benefits of a discharge in bankruptcy, a chapter 7 debtor is expected to fully, honestly and unconditionally cooperate with the trustee in the proper administration of the estate. Given the strict requirement of § 521(e)(2)(A)(i) and the sanction proscribed by § 521(e)(2)(B), Congress did not intend that trustees spend inordinate amounts of time chasing down tax returns from debtors who have sought relief in bankruptcy.")

8. The section 341 meeting of creditors was scheduled for December 1. 2010 and had to be continued due to debtor's non-appearance and the deficiencies in the case. The meeting was continued to January 3, 2011, and again had to be continued due to the deficiencies in the case.

9. The debtor's failure to comply with section 521(a) constitutes cause for dismissal of the case under 11 U.S.C. § 707(a). *See In re Ventura*, 375 B.R. 103 (Bankr.E.D.N.Y. 2007)(cause exists for dismissal under section 707(a) due a debtor's failure to provide information to trustee and attend the meeting of creditors).

WHEREFORE, the United States Trustee respectfully moves the Court to enter an

order dismissing this case for cause under 11 U.S.C. § 707(a) and granting such further relief

as the Court deems just and proper under the circumstances.

          DONALD F. WALTON
          United States Trustee
          Region 21

          */s/ David S. Weidenbaum*
          DAVID S. WEIDENBAUM
          Trial Attorney
          Georgia Bar No. 745892

United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia  30303
(404) 331-4437
david.s.weidenbaum@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-24888-REB |
| | : | |
| BRUCE A. BOCHICCHIO, | : | |
| | : | |
| | : | |
| | : | CHAPTER 7 |
| DEBTOR | : | |

NOTICE OF HEARING ON UNITED STATES TRUSTEE'S
MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707(a)

**PLEASE TAKE NOTICE** that the United States Trustee has filed a motion requesting that the above-referenced case be dismissed.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's Motion to Dismiss in Courtroom 103, United States Courthouse, 121 Spring Street SE, Gainesville, Georgia at **1:30 p.m. on the 25th day of January, 2011**.

Your rights may be affected by the court's ruling on this motion.  You should read this motion carefully and discuss it with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: Clerk, United States Bankruptcy Court, Suite 120, 121 Spring Street SE Gainesville, Georgia 30501. You must also mail a copy

of your response to the undersigned at the address stated below.

Dated: January 3, 2011

                                                                   /s/ David S. Weidenbaum  
                                                                   David S. Weidenbaum  
                                                                   Georgia Bar No. 745892  
                                                                   Office of the United States Trustee  
                                                                   362 Richard Russell Building  
                                                                   75 Spring Street  
                                                                   Atlanta, Georgia 30303  
                                                                   Tel: (404) 331-4437  
                                                                   E-mail: david.s.weidenbaum@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on January 3, 2010, I served a copy of this motion and attached notice of hearing by United States Mail, with adequate postage to ensure delivery to:

Bruce A. Bochiccio  
6060 Beaver Ridge Cr.  
Cumming, GA 30040

Jerry C. Carter, Jr.  
The Carter Firm, PC  
1362 Juanita Avenue  
Gainesville, GA 30501

Bradley J. Patten  
Smith, Gilliam, William & Miles, P.A.  
Suite 200  
301 Green Street  
P.O. Box 1098  
Gainesville, GA 30503

                                                                /s/  
                                                        DAVID S. WEIDENBAUM