**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Gainesville Division Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501
678–450–2700

---

In Re:  **Bruce A Bochicchio**

Debtor(s)

Case No.: **10–24888–jrs**
Chapter:  **7**
Judge:  **James R. Sacca**

---

### NOTICE OF DEFICIENCY

You are hereby notified that the Notice of Motion, DOC.#120 filed on September 2, 2014 is deficient for the following reasons:

Missing certificate of service as required by BLR 7005–1, FRBP 1009 or BLR 9007–2(d).

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 9/3/14

M. Regina Thomas
Clerk of Court

By: Ginny G. Davis
Deputy Clerk

Form 431 – Notice of deficiency 03–2014